# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH TROSCLAIR

NO. 2023 KW 0063

**APRIL 12, 2023**

---

In Re:   Keith Trosclair, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 573126.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

   **WRIT DENIED.** This writ application appears to be filed in this court in the first instance. Relator should first seek relief in the district court.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
      FOR THE COURT